IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OPUS NORTH CORPORATION,**

    **Plaintiff,**

**V.**                                                           CASE NO. C2-07-524
                                                                  JUDGE EDMUND A. SARGUS, JR.
                                                                  MAGISTRATE JUDGE TERENCE P. KEMP

**ACCENT GLASS & MIRROR CO., INC.,**

    **Defendant.**

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

6-26-2007
DATE

                                                                   **EDMUND A. SARGUS, JR.**
                                                                   **UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com