IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OPUS NORTH CORPORATION,**

      Plaintiff,

    V.                                              CASE  NO. C2-07-524
                                                    JUDGE EDMUND A. SARGUS, JR.
                                                    MAGISTRATE JUDGE TERENCE P. KEMP

**ACCENT GLASS & MIRROR CO., INC.,**

      Defendant.

## ORDER

The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

6-26-2007
DATE

                                                    EDMUND A. SARGUS, JR.
                                                    UNITED STATES DISTRICT JUDGE